**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

James Green, Appellant,

v.

South Carolina Department of Corrections, Respondent.

Appellate Case No. 2011-195646

Appeal From The Administrative Law Court
John D. McLeod, Administrative Law Court Judge

Unpublished Opinion No. 2012-UP-415
Submitted July 2, 2012 – Filed July 11, 2012

**AFFIRMED**

James Green, pro se.

Christopher D. Florian, of the South Carolina Department
of Corrections, of Columbia, for Respondent.

**PER CURIAM:**  Affirmed[1] pursuant to Rule 220(b), SCACR, and the following
authorities:

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.

1.  As to whether the Administrative Law Court erred in dismissing Green's appeal: Rule 51, SCRPALC ("[Administrative Law Court Rules 51-66] shall apply exclusively in matters heard on appeal from final decisions pursuant to *Al-Shabazz v. State*, 338 S.C. 354, 527 S.E.2d 742 (2000)."); Rule 60(A), SCRPALC (requiring an appellant to file a brief); Rule 60(B)(1), SCRPALC (stating each brief shall contain a statement of issues on appeal and "no point will be considered that is not set forth in the statement of issues on appeal"); Rule 62, SCRPALC ("[A]n Administrative Law Judge may dismiss an appeal for failure to comply with any of the rules of procedure for appeals . . . .").

2.  As to the remaining issues: *Risher v. S.C. Dep't Health & Envtl. Control*, 393 S.C. 198, 210-11, 712 S.E.2d 428, 435 (2011) (noting an appellate court need not review remaining issues when the determination of a prior issue is dispositive of the appeal).

**AFFIRMED.**

**PIEPER, KONDUROS, and GEATHERS, concur.**